# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1701. FREDERICK ARVIN SLIDER, JR. v. THE STATE.**

We have reviewed the briefs and record in this case. Because no reversible error appears to exist and the establishment of precedent is not desirable, the appeal is hereby DISMISSED as improvidently granted. See Court of Appeals Rule 31 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/04/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*